**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01321-REB-KLM

GROUP O, INC.,

    Plaintiff,

v.

SPRINGBOK SERVICES, INC.,

    Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    This matter comes before me *sua sponte*. By its **Second Status Report** [#11] filed December 15, 2010, plaintiff informs the court that it has filed a proof of claim in defendant's Chapter 7 bankruptcy proceeding and anticipates that its claim will be adjudicated in that case. Given these circumstances, I conclude that this action should be closed administratively. Any party may seek to re-open this case on a showing of good cause.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That this action is **ADMINISTRATIVELY CLOSED**; and

    2. That pursuant to D.C.COLO.LCivR 41.2, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

    Dated January 4, 2011, at Denver, Colorado.

                                                     **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge